**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000573**
**24-APR-2020**
**09:58 AM**

NO. CAAP-16-0000573

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE REVOCABLE TRUST OF ERNEST S. TEXEIRA,
DATED JULY 22, 1987, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(TR. NO. 13-1-0009)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Hiraoka, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation), filed April 16, 2020, by Respondent-Appellee Revocable Trust of Ernest S. Texeira, Dated July 22, 1987, as Amended, Elizabeth Rapozo, Trustee, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by all parties or counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 24, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge